**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush  Date: January 10, 2013
Court Reporter: Therese Lindblom
Probation Officer: Justine Kozak

Criminal Action No. 12-cr-00076-MSK-1

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Lillian Alves |
|  | Judith Smith |
| Plaintiff, |  |
| v. |  |
| KURT VANDERSLICE, | Virginia Grady |
| Defendant. |  |

## SENTENCING MINUTES

**1:36 p.m.    Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 26, 2012.  Defendant pled guilty to the charge in the Information.**

**ORDER:**    Defendant's Motion for Release Pending Sentencing (Doc. 34) is denied as moot.

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do not request departure.

Argument regarding the Motion for Unopposed and Government Sponsored Below Guideline Statutory or "Variant" Sentence.

Allocution. - Statement made by the defendant.

Ms. Alves states that there is no one who wishes to speak as a victim with regard to sentencing.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER**: Motion for Unopposed and Government Sponsored Below Guideline Statutory or "Variant" Sentence (Doc. 43) is granted to the extent set forth on the record.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:24 p.m.    Court in recess.**

Total Time: 00:048  
Hearing concluded.